IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-109-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARK PAUL BODFORD, ) | |
| Defendant. ) | |

This matter is before the court upon request of defendant for the return of the copy of his passport that was provided to the court upon court order pending the outcome of this action. Considering that sentencing has been completed in this matter, judgment has been entered, and defendant has completed his term of imprisonment and term of supervised release, the request should be granted.

IT IS, THEREFORE, ORDERED that the copy of defendant's passport currently held by the court be returned to him.

This the 11th day of March 2019.

Malcolm J. Howard
Senior United States District Judge